143 A.3d 929

**COMMONWEALTH of Pennsylvania, Appellant**

v.

**Damion WALKER, Appellee.**

Supreme Court of Pennsylvania.

Aug. 15, 2016.

Hugh J. Burns, Jr., Philadelphia District Attorney's Office, for appellant Commonwealth of Pennsylvania.

Berto M. Elmore, for appellee Damion Walker.

### *ORDER*

PER CURIAM.

**AND NOW,** this 15th day of August, 2016, the Order of the Philadelphia County Court of Common Pleas is **AFFIRMED.**